

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | No. 08-20-00201-CV |
| | § | |
| FIRSTLIGHT FEDERAL CREDIT | § | AN ORIGINAL PROCEEDING |
| UNION, | § | IN MANDAMUS |
| | § | |
| RELATOR. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's motion to dismiss the petition for writ of mandamus, and concludes the motion should be granted and the petition for writ of mandamus should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the wirt of mandamus. We further order that Relator pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF DECEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.